UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

ERIC RICH,                          No. 23-6775
v.   appellant, plaintiff     (1:20-CV-00488-ADC
DANIEL HERSL, et. al.,        District of Maryland)
    appelles, defendants

INFORMAL BRIEF

1. Declaration of Inmate Filing
    Date Notice of Appeal deposited in institution's mail
    system: July 26, 2023
I am an inmate confined in an institution a I deposited
my notice of appeal in the institution's internal mail system
First class postage was prepaid either by me or by the
institution on my behalf.
I declare under penalty of perjury that the foregoing
is true and correct (see: 28 U.S.C. § 1746, 18 U.S.C. § 1621)


Signature: _Eric Rich_        Date: _8-26-23_
          ERIC RICH

2. Jurisdiction - Review is sought from the United
States District Court for the District of Maryland's
July 20, 2023 order
3. Issue for Review - The court committed an error
granting Defendants motion for summary Judgement as
there is a genuine dispute of material fact,   Hersl
lacked probable cause to arrest Mr. Rich, for a firearm
he did not possess

1

2023 SEP -1 PM 2:25

Supporting facts and Argument
In its order granting summary Judgement in favor of
Hersl, the court failed to consider the following
evidence from the record, and only based its decision
on threats by Hersl to plant 2 pounds of marijuana
on Rich, and Det. Moss to "put something on" Rich
"everytime" he saw him (DCD[1] 107 pg 10 99 1)

FACT: Hersl arrested Rich, and then did not testify
in any court proceeding where Rich could challege his
testimony. Hersl's silence post Rich's October 2, 2007.
arrest in the criminal matters that were brought (case
107302017 Circuit Court Baltimore County, 1:08-CR-
00131-RDB District of Maryland) is strong evidence
that Hersl's statement he saw Rich hide a gun
in a bush on N. Bond Street October 2, 2007 is a
lie. In the criminal proceedings he himself initiated
he did not take the stand in open court and make any
allegations against him. Here Hersl's statement (or
lack there of) was not considered by the District Court
in its order granting summary Judgement in favor of the
Plaintiff. All criminal matters were dismissed against Rich.

FACT: Rich filed a complaint "in late september, 2007,
[that] Hersl, then a BPD officer "threatened to plant a

[1] DCD - District Court Electronic Filing Number

gun" on Mr. Rich. ECF #17 ¶¶ 99 At a subsequent unspecified time, plaintiff filed a complaint about the incident with internal affairs." 2021 U.S. Dist. LEXIS 118098 Rich. v. Hersl (June 24, 2021). (See: Internal Incident Report Form 11D Case No. 2007-1674)

In addition to Moss's threat, and Hersl's marijuana threat "Plaintiff has proffered evidence to demonstrate that Hersl made this egregious threat" (ECF #107 pg 10 ¶¶ 1 as well). The court failed to consider Hersl's final threat, which he made good on by illegally arresting Rich on October 2, 2007, in its ruling granting summary Judgement for Hersl. This complaint against Hersl is documented in the internal affairs report.

FACT: The court failed to consider that Hersl is now serving a lengthy federal prison sentence for racketeering conduct that is substancially similar to that which is the subject of this case (See: United States v. Daniel Hersl 942 F.3d 205 (4th Cir 2019), No. CCB-17-106 District of Maryland 2018). Hersl was a dirty cop, who harrassed Mr. Rich and violated his civil rights. He did it to other people too, and is locked up because of it. This is relevant, and it was an error for the court to grant Hersl motion without considering his other conduct.

3

FACT: It is impossible to see the bush on the 100 block of N. Bond Street where Hersl claims he saw Rich hide a gun from the parking garage on 1600 E. Baltimore Street, where Hersl claims he was when he saw Rich. Bond Street is uphill from Baltimore Street. Hersl's statement is a lie, and Rich has not been provided a proceeding where he can enter this evidence challenging the truthfullness of Hersl's statement. This was not considered in the court's decision to grant summary Judgement for Hersl

FACT: Hersl's statements in his September 21, 2022 deposition are drastically different from the "statement Probable Cause" from the Plaintiff's 2007 arrest. In 2007 Hersl wrote "P/O Hersl responded to the above mentioned bush [ ] and recovered 1 llama 9mm" In 2022 he testified "then I sent them over to recover the gun" (See: Statement of Probable Cause, Daniel Hersl September 21, 2022 Attached). Hersl has provided conflicting accounts of who recovered the gun from the bush. First he said it was him, then he says it was other officers. This was not considered in the courts order granting Hersl summary Judgement, and is further evidence that Hersl's claim of a gun possessed by Rich is a lie.

4

FACT: Officer Hersl stalked Rich in 2007. Rich and his then girlfriend Diane Bacon. Filed several internal affairs complaints against officer Hersl in 2007, over his behavior toward Rich. At one point Hersl called Diane Bacon several times. This is documented in her phone records (Attached). The stalking behavior of Hersl is evidence the court did not consider in granting Hersl's motion for summary Judgement.

Argument - The record is full of evidence that the court failed to consider in granting Hersl's motion for summary Judgement. Way more happened than a threat to plant marijuana on Rich, and a threat by another officer. Hersl's statements are bold face lies, and he was a coward in 2008 and didn't take the stand because he knew he would be found out. There was no probable cause to arrest Rich, and there exists a dispute of material fact in this case, that cannot be resolved granting the Defendants motion for summary Judgement without further violating Mr. Rich's civil rights, and allowing his lawsuit against Hersl to proceed.

4. Relief Requested - Mr. Rich requests that this court vacate the Judgement and orders of the District Court, and remand this case for further proceedings

5. Prior Appeals
   United States v. Eric Rich No. 21-4350

I, Eric Rich, certify under penalty of perjury that the preceeding is true and correct to the best of my knowlege and ability.

Respectfully Submitted this 26 day of August, 2023

By: _Eric Rich_
    Eric Rich
    FCI-Gilmer
    P.O. Box 6000
    Glenville, WV 26351

CERTIFICATE OF SERVICE
I certify that on _____ I served a copy of this informal brief on all parties addressed as shown below. I also understand that all Defendants will be served electronically through the Electronic Court filing system

By: _Eric Rich_
    ERIC RICH

Michael Redmond
Baltimore City Law Department
100 N. Holliday St. Suite 101
Baltimore, MD 21202

6