No. 23-6775

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

ERIC RICH,

    *Plaintiff-Appellant*,

v.

OFFICER DANIEL HERSL, individually and as a police officer for Baltimore City Police Department,

    *Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Maryland,
No. 1:20-cv-00488-ADC
*The Honorable A. David Copperthite, Magistrate Judge*

## MOTION TO WITHDRAW FROM REPRESENTATION AND FOR A STAY OF PROCEEDINGS

March 13, 2024

Joseph E. Begun
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
joseph.begun@lw.com

*Counsel for Appellant*

Joseph E. Begun respectfully moves to withdraw as counsel for the appellant, Eric Rich, pursuant to Fourth Circuit Local Rule 46(c) and District of Columbia Rule of Professional Conduct 1.16(b)(4). In order to ensure that Mr. Rich is not prejudiced by Mr. Begun's withdrawal, Mr. Begun also requests that this Court stay these proceedings until new counsel can be appointed.

This Court appointed Mr. Begun to represent Mr. Rich on January 11, 2024. *See* Order Assigning Counsel Joseph Eli Begun for Eric Deandre Rich, Dkt. No. 15. Mr. Begun performed a full review of Mr. Rich's case and began drafting Mr. Rich's Opening Brief. Mr. Begun met with Mr. Rich on March 5 and March 10, 2024 to discuss the Opening Brief. During their March 10, 2024 meeting, it became clear that there were irreconcilable differences in the proper way to conduct Mr. Rich's appeal. Mr. Begun believed, after a conscientious examination of the applicable law, the applicable rules of procedure, and the District of Columbia Rules of Professional Procedure, that Mr. Begun could not represent Mr. Rich in the manner he had requested. Accordingly, during their March 10, 2024 discussion, Mr. Begun informed Mr. Rich that he would file a motion to withdraw.

The irreconcilable differences in the proper way to conduct Mr. Rich's appeal render representation of Mr. Rich unreasonably difficult, permitting Mr. Begun's withdrawal pursuant to District of Columbia Rule of Professional Conduct 1.16(b)(4). Mr. Begun's withdrawal can be accomplished without material adverse

effect on Mr. Rich's interests if this Court grants a stay of the proceedings until new counsel can be appointed or otherwise grants an extension so that Mr. Rich has additional time to file the opening brief on appeal.  Mr. Begun will take all appropriate steps to facilitate a smooth transition to successor counsel and to protect Mr. Rich's interests, including transitioning the file to new counsel and making himself available to new counsel as necessary.

In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed counsel for Officer Daniel Hersl of the intended filing of this motion, and Mr. Hersl's counsel has no objection.

Mr. Begun met with Mr. Rich on March 12, 2024 to discuss this motion.  At that meeting, Mr. Begun notified Mr. Rich of his intent to file this motion.  Mr. Rich informed Mr. Begun that he does not consent to Mr. Begun's withdrawal.  A copy of this motion has been sent to Mr. Rich via first-class mail, along with a letter indicating that he may file a response to this motion within 10 days of its filing in accordance with Federal Rule of Appellate Procedure 27(a)(3)(A).

Dated: March 13, 2024	Respectfully submitted,

*s/ Joseph E. Begun*
Joseph E. Begun
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
joseph.begun@lw.com

*Counsel for Appellant*
*Eric Rich*

# CERTIFICATE OF SERVICE

I, Joseph E. Begun, hereby certify that on March 13, 2024, the foregoing Motion to Withdraw from Representation and for a Stay of Proceedings was filed with the clerk's office for the United States Court of Appeals for the Fourth Circuit and served on counsel of record via the Court's CM/ECF system.

I further certify the foregoing was mailed to Appellant via First Class Mail at:

Eric Rich, SID # 1972783
BCBIC
300 East Madison St.
Baltimore, MD 21202

*s/ Joseph E. Begun*
Joseph E. Begun

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the foregoing motion complies with the type-volume limitations in Federal Rule of Appellate Procedure 27(d)(2)(A). According to the word count feature of Microsoft Word, the motion contains 439 words, excluding the exempted parts under Rule 32. The motion has been prepared in a proportionally spaced typeface using Times New Roman in 14-point size.

 /s/ Joseph E. Begun<br>
Joseph E. Begun