OFFICE OF STAFF COUNSEL
**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
———

1100 EAST MAIN STREET, SUITE 325
RICHMOND, VIRGINIA 23219-3538

MELISSA L. WOOD
SENIOR STAFF COUNSEL

TEL. (804) 916-2900
FAX (804) 916-2920

May 9, 2024

Christopher S. Edwards
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406

Re:     No. 23-6775, *Rich v. Hersl*

Dear Mr. Edwards:

    Thank you for agreeing to be assigned as counsel on behalf of the appellant in this appeal.

    The issue of particular interest to the Court is:

    Whether the magistrate judge erred in granting summary judgment to former police officer on 42 U.S.C. § 1983 false arrest and imprisonment claims.

    You are free to brief and argue any other issues that may appear meritorious.

    The maximum authorized compensation is $750, plus expenses. A maximum hourly rate of $172 applies to both in-court and out-of-court work. Any compensation issues should be addressed to Deputy Clerk Patty Layne at (804) 916-2700.

    The case manager assigned to this appeal, Taline Fischer, will assist you with any procedural inquiries; she can be reached at (804) 916-2700. Please contact me at (804) 916-2900 for any other assistance.

    You will be notified as to the briefing schedule promptly after it is established by the Clerk's Office. The electronic record on appeal is available on PACER. Your assignment to this case as a member of this Court's Discretionary Panel authorizes you to

obtain and use a fee exempt CJA Panel Attorney account to provide representation in this case.

    We appreciate your assistance to the Court in accepting this assignment.

    Very truly yours,

*Melissa L. Wood*

Melissa L. Wood


cc:     Eric D. Rich
        James Arba Henry Corley
        Michael Patrick Redmond
        W. Timothy Sutton
        Ebony Thompson