# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)

No. ____23-6775____   Caption: Eric Rich v. Daniel Hersl

Appellant
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

Sealed Appendix volume 2

2. Is sealing of document(s) necessary?

[ ] No
[✔] Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or
by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

On July 20, 2023, the district court granted a motion to seal Mr. Rich's response in opposition to
Defendant's motion for summary judgment. (D.E. 105).

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

Court and all parties.

5. (For SEALED APPENDIX)  Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

[✔] Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS)  Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

[ ] Yes

# CERTIFICATE OF SERVICE

I certify that on <u>8/21/2024</u> the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

James A. H. Corley
Michael P. Redmond
Baltimore City Law Department
100 N. Holliday Street, Suite 101
Baltimore, MD 21212
410-396-3297
jim.corley@baltimorecity.gov.
michael.redmond@baltimorecity.gov

_____/c/ Chris Edwards_____          _____08/21/20_____
Signature                                                              Date