# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 9, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES
_____

No. 23-6775, <u>Eric Rich v. Daniel Hersl</u>
               1:20-cv-00488-ADC

TO:    Daniel Hersl
         Eric Deandre Rich

RESPONSE DUE: 09/12/2024

Response is required to the notice requesting information regarding similar cases on or before 09/12/2024. Please use the following form to submit response: **<u>Response - Similar Cases</u>**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

T. Fischer, Deputy Clerk
804-916-2704