UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 23-6775 Eric Rich v. Daniel Hersl

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> 23-1431 Demetric Simon v. Keith Gladstone, et al.,
> That case, which has been briefed and argued and is awaiting decision, challenges ruling that a police misconduct claim was barred by the applicable statute of limitations. In this case, the Court could affirm the lower court's ruling on this rationale as well.

Signature: /s/ Michael Redmond      Counsel for: Appellee

Date: 9/16/24

**File using event:** RESPONSE/ANSWER (to Similar Case notice)